IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Anna Ulubiyo,<br><br>        Plaintiff,<br><br>vs.<br><br>Healthcare Revenue Recovery Group,<br>LLC d/b/a Account Resolution Services,<br><br>        Defendant. | Case No.: 1:20-cv-04362-WMR-JSA |

**PLAINTIFF'S L.R. 3.3 CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

None.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff Anna Ulubiyo; and

Defendant Healthcare Revenue Recovery Group, LLC d/b/a Account

Resolution Services.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Anna Ulubiyo: Matthew Landreau.

DATED: November 17, 2020

                      Respectfully submitted,

                      By: */s/ **Matthew Landreau***
                      Matthew Landreau
                      Georgia Bar No. 301329
                      5113 Sumter Ct.
                      Midland, GA 31820
                      Telephone: (706) 341-8714
                      E-Mail: matt.landreau@gmail.com
                      Attorney for Plaintiff,

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: November 17, 2020