# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNA ULUBIYO,<br><br>               Plaintiff,<br><br>               v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC,<br><br>             Defendant. | Case No. 1:20-cv-04362-WMR-JSA |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COME NOW Matthew Landreau, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Plaintiff.

Furthermore, Plaintiff has selected Daniel Brennan and the law firm of Credit Repair Lawyers of America ("CRLAM Counsel") to serve as lead counsel for the Plaintiff.

As evidenced by its signature below, Plaintiff consents to the requested withdrawal and substitution of counsel.

Respectfully submitted, this 16 day of April, 2021.

/s/ Matthew Landreau
Matthew Landreau
Georgia Bar No. 301329

/s/ Daniel Brennan
Daniel Brennan
Georgia Bar No. 271142

**CREDIT REPAIR LAWYERS OF AMERICA**
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

Plaintiff/Client        /s/ Anna Ulubiyo
                            Anna Ulubiyo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNA ULUBIYO,<br><br>     Plaintiff,<br><br>     v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC,<br><br>     Defendant, | Case No. 1:20-cv-04362-WMR-JSA |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2021, a copy of the foregoing **Certificate of Consent to Withdraw as Counsel for Plaintiff** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Ernest H. Kohlmyer III
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
(407) 622-1772
(407) 622-1884
SKohlmyer@shepardfirm.com

*Counsel for Healthcare Revenue Recovery*
*Group LLC dba Account Resolution Services*

/s/ Daniel Brennan
Daniel Brennan
Georgia Bar No. 271142

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNA ULUBIYO,<br><br>                Plaintiff,<br><br>            v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC,<br><br>                Defendant. | Case No. 1:20-cv-04362-WMR-JSA |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

                                                        /s/ Daniel Brennan
                                                        Daniel Brennan
                                                        Georgia Bar No. 271142