# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Anna Ulubiyo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services,<br><br>　　　　Defendant. | Case No.: 1:20-cv-04362-WMR-JSA<br><br>**NOTICE OF SETTLEMENT AS TO HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice as to Defendant Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: June 7, 2021

Respectfully submitted,

By: */s/ Daniel M. Brennan*
Daniel M. Brennan
Bar Number 271142
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

        E-Mail: Daniel@crlam.com
        *Attorneys for Plaintiff,*
        *Anna Ulubiyo*

## **PROOF OF SERVICE**

  I, Daniel M. Brennan, hereby state that on June 7, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

        */s/ Daniel M. Brennan*