IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Anna Ulubiyo,** <br> Plaintiff, <br> v. <br><br> **Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services,** <br> Defendants. | CIVIL ACTION FILE <br> NO. 1:20-cv-04362-WMR-JSA |

## **ORDER**

The parties have announced that this case has settled [Doc 15]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 8th day of June, 2021.


WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.