IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Anna Ulubiyo,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC.,<br><br>　　　　Defendant. | Case No.: 1:20-cv-04362-WMR-JSA<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC** |

### STIPULATION OF DISMISSAL OF DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice as to Defendant Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC with attorney's fees or costs to either party.

Dated this 20th day of July 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Daniel M. Brennan*
　　　　　　　　　　　　　　　　　　　Daniel M. Brennan
　　　　　　　　　　　　　　　　　　　Bar Number 271142
　　　　　　　　　　　　　　　　　　　22142 West Nine Mile Road
　　　　　　　　　　　　　　　　　　　Southfield, MI 48033

        Telephone: (248) 353-2882
        E-Mail: Daniel@crlam.com
        *Attorney for Plaintiff*
        *Anna Ulubiyo*

        /s/ Ernest H. Kohlmyer, III
        Ernest H. Kohlmyer, III
        Florida Bar No.: 0110108
        SKohlmyer@shepardfirm.com
        Shepard, Smith, Kohlmyer & Hand, P.A.
        2300 Maitland Center Parkway,
        Suite 100
        Maitland, Florida 32751
        Phone: (407) 622-1772
        Fax: (407) 622-1884
        *Attorneys for Defendant,*
        *Healthcare Revenue Recovery Group, LLC d/b/a*
        *ARS Account Resolution Services*

## PROOF OF SERVICE

    I, Daniel M. Brennan, hereby state that on July 20, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

        /s/ Daniel M. Brennan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Anna Ulubiyo,<br><br>          Plaintiff,<br><br>     vs.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC.,<br><br>          Defendant. | Case No.: 1:20-cv-04362-WMR-JSA |

## **ORDER OF DISMISSAL WITH PREJUDICE OF HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ACCOUNT RESOLUTION SERVICES, LLC**

Plaintiff Anna Ulubiyo has announced to the Court that all matters in controversy against Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC have been resolved. A Stipulation of Dismissal with Prejudice of Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Anna Ulubiyo against Defendant Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 20th day of July, 2021.

_____
THE HONORABLE DISTRICT JUDGE